**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

V.                              NO. 4:09CR00296 BSM-6

**TIMOTHY WOODY**

### ORDER MODIFYING CONDITIONS OF RELEASE

On November 17, 2015, the parties appeared before the Court for an initial appearance hearing following Woody's arrest for a supervised release violation. The parties filed a Joint Motion to Modify Conditions of Supervised Release (Doc. 294) the day before the hearing, and Chief Judge Brian S. Miller referred that motion to this Court for decision. The Court granted the parties' joint motion and ordered Woody released to the custody of his wife for immediate transport to an inpatient substance abuse treatment facility. The conditions of supervised release are hereby modified to require Woody to participate in and complete inpatient substance abuse treatment.

The government moved to dismiss the petition for revocation without prejudice, and the Court granted that motion.

IT IS SO ORDERED this 17th day of November, 2015.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE